UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BRECKEN GOLD ATHLETICS NYC LLC d/b/a BRECKENRIDGE CANNABIS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/27/2025__

24 Civ. 7955 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 21, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by December 23, 2024. ECF No. 6. Those submissions are now overdue. Accordingly, by **February 14, 2025**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 27, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge