```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/18/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, on behalf of himself and all others similarly situated,

          Plaintiff,

-against-

BRECKEN GOLD ATHLETICS NYC LLC d/b/a BRECKENRIDGE CANNABIS,

          Defendant.

24 Civ. 7955 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On October 21, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by December 23, 2024. ECF No. 6. The Court did not receive the submissions by that date, so on January 27, 2025, the Court extended the parties' deadline to February 14, 2025. ECF No. 10. The parties' submissions are now overdue.

    Accordingly, by **March 7, 2025**, the parties shall submit their joint letter and proposed case management plan. Plaintiff is advised that failure to comply with the Court's orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: February 18, 2025
       New York, New York

                          ANALISA TORRES
                       United States District Judge