## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Arjeta Albani, Esq.
arjeta@employeejustice.com

February 18, 2025

**VIA ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 15D
New York, N.Y. 10007

Re:   *Igartua v. Brecken Gold Athletics NYC LLC*
        Case No. 1:24-cv-7955 (AT) (RFT)

Dear Honorable Analisa Torres;

We represent Plaintiff Juan Igartua ("Plaintiff") in the above-referenced Americans with Disabilities Act ("ADA") matter against Defendant, Brecken Gold Athletics NYC LLC ("Defendant") (collectively, the "Parties"). Per this Court's January 27, 2025 Order and February 18, 2025, the parties are to submit a joint letter and proposed case management plan by March 7, 2025. However, to date, Defendant has not appeared or otherwise contacted our office.

As such, we respectfully request an adjournment of the proceedings *sine die* to allow Plaintiff to commence the default judgment pursuant to Fed.R.Civ.P. 55. Plaintiff intends to commence default judgment proceedings within the next two weeks.

Thank you for your consideration.

GRANTED.  By **March 7, 2025**, Plaintiff shall move for default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: February 19, 2025
       New York, New York

ANALISA TORRES
United States District Judge