UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BRECKEN GOLD ATHLETICS NYC LLC d/b/a BRECKENRIDGE CANNABIS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/10/2025__

24 Civ. 7955 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated February 18, 2025, Plaintiff explained that he had yet to establish contact with Defendant and asked the Court to adjourn his deadline to submit a joint letter and proposed case management plan *sine die* so that Plaintiff could commence default judgment proceedings. ECF No. 12. The Court granted Plaintiff's request the following day, instructing Plaintiff to move for default judgment by March 7, 2025. ECF No. 13. On March 7, Plaintiff again asked the Court to adjourn its deadline to submit a joint letter and stated that he "intends to file the formal motion for default judgment against Defendant within the next two weeks." ECF No. 17.

    As explained, the Court already adjourned Plaintiff's deadline to file a joint letter and proposed case management plan *sine die*. ECF No. 13. By **March 21, 2025**, Plaintiff shall file his motion for default judgment. No further extensions will be granted absent good cause shown. Plaintiff is again advised that failure to comply with the Court's orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b). *See* ECF No. 11.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17.

    SO ORDERED.

Dated: March 10, 2025
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge