```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/25/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BRECKEN GOLD ATHLETICS NYC LLC d/b/a BRECKENRIDGE CANNABIS,

                Defendant.

24 Civ. 7955 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Plaintiff's motion for a default judgment. ECF Nos. 19–22. However, Plaintiff has not complied with the procedures set forth in Attachment A to the Court's Individual Practices in Civil Cases. *See* ECF No. 13. Specifically, Plaintiff has not submitted a proposed order to show cause for default judgment, and his memorandum of law and declaration in support of his motion fail to explain the basis for each element of his damages request. *See* ECF No. 20 ¶ 9.D–E; ECF No. 21 at 10–11. Accordingly, by **March 31, 2025**, Plaintiff shall file any outstanding materials in support of his motion.

      SO ORDERED.

Dated: March 25, 2025
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge