UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

BRECKEN GOLD ATHLETICS NYC LLC d/b/a BRECKENRIDGE CANNABIS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2025__

24 Civ. 7955 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff has moved for entry of a default judgment. ECF No. 19. By order dated April 1, 2025, the Court directed Plaintiff to serve on Defendant, by April 4, a copy of the Court's order and a series of documents submitted in support of Plaintiff's motion. ECF No. 27. The Court also ordered Plaintiff to file proof of such service on the docket by April 7. *Id.* Plaintiff has not filed such proof.

    Accordingly, the show-cause hearing scheduled for April 21, 2025, is ADJOURNED to **May 5, 2025**, at **4:00 p.m.** By April 16, 2025, Plaintiff shall serve a copy of this order on Defendant via hand-delivery or first-class mail **and** service on the Secretary of State. By **April 17, 2025**, Plaintiff shall file proof of service on the docket of this order, the Court's April 1 order, and the materials in support of Plaintiff's motion for default judgment. **Plaintiff shall attach a copy of each document served on Defendant to the proof of service.**

    In this case and in another case pending before the undersigned, Plaintiff's counsel has repeatedly wasted Court resources by failing to comply with the Court's orders and individual practices. *See* ECF Nos. 10, 11, 18, 23; ECF Nos. 10, 13, 22, 30, 33 in *Parker v. F&G Trends, Inc.*, No. 24 Civ. 8355. Plaintiff's counsel is advised that further failure to comply with the Court's orders may result in **sanctions** or **dismissal**.

    SO ORDERED.

Dated: April 14, 2025
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge