```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/6/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN IGARTUA,

                        Plaintiff,

-against-

BRECKEN GOLD ATHLETICS NYC LLC d/b/a
BRECKENRIDGE CANNABIS,

                        Defendant.

24 Civ. 7955 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      For the reasons stated on the record at the May 5, 2025 default hearing, the Clerk of Court is respectfully directed to enter judgment in favor of Plaintiff, Juan Igartua, and against Defendant, Brecken Gold Athletics NYC LLC d/b/a Breckenridge Cannabis, in the amount of:

1. $1,000 in damages;
2. $5,745 in attorneys' fees; and
3. $996.44 in costs.

      Defendant is ordered to take all steps necessary to bring its website into full compliance with the requirements set forth in the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, and its implementing regulations, so that the website is readily accessible to and usable by people who are blind. Within **60 days** of Plaintiff serving Defendant with this order and filing proof of service on the docket, Defendant shall send Plaintiff's counsel a proposed remediation plan. Plaintiff shall have **30 days** from the receipt of Defendant's plan to consent to it or seek further relief from the Court. Defendant shall make any necessary alterations within **60 days** of receipt of the approved remediation plan or a subsequent order of the Court.

      The Clerk of Court is further directed to terminate the motion at ECF No. 19, delete "on behalf of himself and all others similarly situated" from the case caption, and close the case.

      SO ORDERED.

Dated: May 6, 2025
       New York, New York

                                                          ANALISA TORRES
                                             United States District Judge