**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN IGARTUA,

                Plaintiff,

   -against-                                     24 **CIVIL** 7955 (AT)

## **JUDGMENT**

BRECKEN GOLD ATHLETICS NYC LLC d/b/a
BRECKENRIDGE CANNABIS,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2025, judgment is entered in favor of Plaintiff, Juan Igartua, and against Defendant, Brecken Gold Athletics NYC LLC d/b/a Breckenridge Cannabis, in the amount of $1,000 in damages; $5,745 in attorneys' fees; and $996.44 in costs. Defendant is ordered to take all steps necessary to bring its website into full compliance with the requirements set forth in the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and its implementing regulations, so that the website is readily accessible to and usable by people who are blind; accordingly, the case is closed.

**Dated:** New York, New York

      May 7, 2025

                                                    **TAMMI M HELLWIG**
                                                      **Clerk of Court**

                             **BY:**

                                                      **Deputy Clerk**